## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 409 WAL 2018

                Respondent   :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

          v.                :

PARIS LYNELL JAMES,   :

             Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.